IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND A. LAWS,

        Plaintiff,                         No. 2: 12-cv-0248 KJN P

     vs.

DAVID HOLLISTER,

        Defendant.                 <u>ORDER TO SHOW CAUSE</u>

_____/

        Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On March 21, 2012, plaintiff consented to the jurisdiction of the undersigned.

        By order filed March 1, 2012, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. On March 30, 2012, plaintiff was granted an additional thirty days in which to file an amended complaint. Thirty days from that date have now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

////
////
////

1

1  Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of
2  this order, plaintiff shall show cause why this action should not be dismissed for his failure to file
3  an amended complaint; failure to respond to this order will result in dismissal of this action.
4  DATED: May 8, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

law248.fta