1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RAYMOND A. LAWS,

11              Plaintiff,                      No. 2: 12-cv-0248 KJN P

12        vs.

13   DAVID HOLLISTER,

14              Defendant.              ORDER TO SHOW CAUSE

15   _____/

16              Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action

17   pursuant to 42 U.S.C. § 1983.  On March 21, 2012, plaintiff consented to the jurisdiction of the

18   undersigned.

19              By order filed March 1, 2012, plaintiff's complaint was dismissed and thirty days

20   leave to file an amended complaint was granted.  On March 30, 2012, plaintiff was granted an

21   additional thirty days in which to file an amended complaint.  Thirty days from that date have

22   now expired, and plaintiff has not filed an amended complaint or otherwise responded to the

23   court's order.

24   ////

25   ////

26   ////

1

1         Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of

2 this order, plaintiff shall show cause why this action should not be dismissed for his failure to file

3 an amended complaint; failure to respond to this order will result in dismissal of this action.

4 DATED:  May 8, 2012

5

6

7 KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

8 law248.fta

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26