IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND A. LAWS,

       Plaintiff,                    No. 2: 12-cv-00248 KJN P

    vs.

DAVID HOLLISTER,

       Defendant.                ORDER

_____/

       Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On March 21, 2012, plaintiff consented to the jurisdiction of the undersigned.

       By order filed March 1, 2012, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. On March 30, 2012, plaintiff was granted an additional thirty days in which to file an amended complaint. Thirty days passed from that date and plaintiff did not file an amended complaint or otherwise respond to the March 30, 2012 order.

       Accordingly, on May 9, 2012, plaintiff was ordered to show cause within fourteen days why this action should not be dismissed for his failure to file an amended complaint. Fourteen days passed and plaintiff did not respond to the May 9, 2012 order.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: June 28, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

law248.dis